AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT

2/4/2022

CENTRAL DISTRICT OF COURT
BY: _____ VAM _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

02/04/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ NE _____ DEPUTY

| | |
|---|---|
| United States of America | |
| v. | |
| JOHAO MIGUEL CHAVARRI,<br>aka "Michael Frito," | Case No.   2:22-mj-00471-DUTY |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning in or around May 2019 to at least in or around February 2021, in the county of Los Angeles in the Central District of California, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Stalking |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Elizabeth Cardenas
*Complainant's signature*

Elizabeth Cardenas, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:      02/04/2022 , 10:50 a.m.

*Judge's signature*

City and state:   Los Angeles, California      Hon. Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

### <u>AFFIDAVIT</u>

I, Elizabeth Cardenas, being duly sworn, declare and state as follows:

### I.   <u>INTRODUCTION</u>

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation (the "FBI") and have been so employed since January 2019.  I am currently assigned to the Violent Crime squad at the FBI Long Beach Resident Agency.  My training included learning a wide array of investigative techniques, operational skills, firearms, tactics, case management, cybersecurity, and interview and interrogation training.  My responsibilities with the FBI include investigation of extortion, cyberstalking, threat to life, rape, murder, murder for hire, and crimes against children in the Central District of California.  I have also received specialized training and instruction related to these matters.  I have participated in numerous federal and state investigations and through my participation in these investigations, I have interviewed various witnesses, cooperating sources, and defendants.  I have also participated in the execution of numerous search warrants conducted by the FBI and have participated in the seizure of evidence, both physical and digital.  As an FBI agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## II. <u>PURPOSE OF AFFIDAVIT</u>

2.    This affidavit is made in support of a criminal complaint against and arrest warrant for JOHAO MIGUEL CHAVARRI ("CHAVARRI") for a violation of 18 U.S.C. § 2261A(2)(B) (Stalking).

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are approximate.

## III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.    As detailed below, since approximately May 2019, JOHAO MIGUEL CHAVARRI has engaged in campaigns of cyberstalking and sending extortionate threats targeting multiple young women in the Torrance, California, area.

5.    CHAVARRI attended high school and lived in the Torrance area prior to joining the United States Marine Corps ("USMC"), where he is currently employed.  Using the online persona "Michael Frito", or variations thereof, CHAVARRI created and used numerous online accounts to repeatedly stalk, harass, and threaten women who would not give in to his demands that, among other things, they send him nude, sexually explicit, or

otherwise compromising photos and videos of themselves.[1]  This type of conduct is commonly referred to as sextortion.  In some cases, CHAVARRI's cyberstalking, threats, and extortionate demands to victims continued for over a year.

6.   Evidence to date, including interviews with victims, review of records provided by victims, and review of social media account records, indicates CHAVARRI cyberstalked and harassed approximately 11 victims.

### IV. STATEMENT OF PROBABLE CAUSE

7.   Based on my review of law enforcement reports, communications with other law enforcement agents and officers and military personnel, interviews with victims, review of screenshots and other information provided by victims, review of records obtained from online providers, and my own knowledge of the investigation, I am aware of the following:

**A.   Background on CHAVARRI's Pattern of Harassing, Threatening, and Extorting Victims Using the Persona Michael Frito**

8.   Since at least May 2019, JOHAO MIGUEL CHAVARRI has engaged in campaigns of cyberstalking and sending extortionate threats targeting multiple young women who live, or once lived, in the Torrance, California, area, within the Central District of California.  Using the online persona Michael Frito, or variations thereof, CHAVARRI used numerous social media and text messaging accounts to repeatedly communicate with several young

---

[1] As set forth in detail in Part IV.D below, the various Michael Frito personas are tied to CHAVARRI.  Throughout this affidavit, references to Frito are intended to convey actions taken by CHAVARRI using the Frito personas.

women and request that they send him sexual photos and videos of themselves.  In a series of electronic communications -- sent via numerous social media and telephone accounts -- CHAVARRI made various harassing and extortionate threats to, and demands of, his victims when the women would not comply with his demands.  Many of the women were friends with and/or knew one another.  Some also knew CHAVARRI.  One was in a dating relationship with CHAVARRI at or around the time he began communicating with her using the pseudonym Michael Frito.

9.   CHAVARRI's courses of conduct targeting individual victims often followed a similar pattern that typically included the following actions:

a.   CHAVARRI would contact a victim on a social media platform (most often Instagram), compliment their appearance and/or their publicly posted photos, and suggest a relationship whereby he would pay the victim an allowance or pay the victim to send him photos or videos.  Often, he would initially request photos or videos of their feet, and then escalate to requesting photos or videos of a sexual nature.  CHAVARRI typically proposed that the victims send their photos and videos using Snapchat so, as they understood it, he could not save the photos or videos or take screenshots without their knowledge.  In some instances, CHAVARRI would send victims a photo or photos of an erect penis.

b.   In these exchanges, CHAVARRI often claimed to be a married man named Michael Frito who lived in New York and worked as a welder.

c.    Some of the victims initially agreed to CHAVARRI's requests and sent him nude, sexually explicit, or compromising photos in change for money, which he sent to them via the mobile payment service Cash App.[2]

d.    When victims either (1) refused CHAVARRI's initial request for photos, (2) refused to send him additional photos or videos, or (3) otherwise refused to continue to communicate with him online, CHAVARRI would begin to harass, threaten, and extort the victims using numerous online accounts.

e.    CHAVARRI's harassing and extortionate threats to, and demands of, the victims varied somewhat, but generally followed a pattern.  In most cases he threatened to publish sexual photos and videos of the victims online or on well-known pornography websites and/or to distribute the sexual photos or videos to the victims' boyfriends, friends, families, or employers, who he would often specifically identify by name.

f.    In some instances, he demanded that the victims provide him with sexual photos or videos of themselves or photos or videos of their feet.  In other instances, he demanded that they respond to him and communicate online with him.

g.    In some cases, CHAVARRI also sent messages to the victims' friends or family and threatened to publish or distribute the victims' sexual photos or videos.

h.    CHAVARRI also created fake social media accounts mimicking some of the victims' names, posted images of the

---

[2] Cash App is operated by Square, Inc.  Similar to Venmo and Zelle, Cash App is a mobile payment service that allows users to transfer money to one another using a mobile phone application.

victims online, and sent messages to some of the victims'
friends and family members.  On at least one occasion, he sent a
victim's sibling a screenshot of what appeared to be a page on
Pornhub, a well-known pornography website, that included a photo
of the victim.

      i.   CHAVARRI would often threaten his victims and
their friends and family that he would ruin their lives or
careers.  When victims repeatedly asked him to leave them alone
and/or not to distribute their photos, CHAVARRI ignored them,
often ratcheting up his threats and demands.  When victims
threatened to notify law enforcement, he assured them that they
would not be able to identify him.

      j.   In an effort to get the victims to comply with
his demands, CHAVARRI would sometimes claim that if the victims
agreed to speak with him, he would delete their photos and
videos and never distribute them.  Additionally, he sometimes
included in his threats and demands offers to pay the victims
more money, although it was generally unclear what exchange he
was proposing.

   10.   CHAVARRI used dozens of pseudo-anonymous social media
accounts, many of which had variations of the name "Frito" in
them, to repeatedly contact, harass, and threaten the victims.
These included accounts with Instagram, Snapchat, and Twitter.
He also communicated with some victims over text message, using
an online voice and message service.

11.  Evidence to date indicates CHAVARRI cyberstalked and harassed approximately 11 victims.  Detailed accounts related to three confirmed victims are summarized below.

**B.   CHAVARRI's Campaigns Targeting Victims A, B, and C with Threats and Harassment**

12.  The paragraphs below summarize, in relevant part, the substance of information obtained from several victims, including screenshots of online communications provided by the victims.  They also summarize other information obtained during interviews with the victims, as well as records obtained from various providers related to the online accounts used by CHAVARRI to communicate with the victims or send harassing and threatening communications as Frito.

1.   <u>Victim A</u>

13.  Based on my review of FBI reports, FBI interviews with Victim A, and records provided by Victim A, I have learned the following:

a.   Victim A is 25 years old and, during the time of the events in question, lived in the Torrance area.  She previously attended a Torrance-area public high school. Beginning in mid-2019 and continuing until early 2021, an individual identifying himself as Michael Frito sent Victim A numerous harassing and threatening online communications.

b.   According to Victim A, Frito initially contacted her on Instagram, told her he was a man in New York, and said he would pay her for photos of her feet.  Victim A initially agreed to the arrangement and sent Frito approximately four photos of

her feet in exchange for money.  As he instructed, Victim A used
Snapchat to send Frito the photos.  Frito later told Victim A
that she could make more money if she sent him more sexually
explicit photos and videos.  Victim A eventually agreed and sent
Frito approximately five photos and one video of Victim A either
in her bra and underwear or nude.  Frito sent Victim A money for
the photos and video via Cash App.

      c.    Shortly thereafter, Victim A told Frito she did
not want to send him any other photos.  In response, Frito sent
Victim A screenshots of the photos she had sent him on Snapchat
and told her he had saved her photos and videos and would put
them on the internet.  Frito then began sending Victim A
harassing and extortionate threats and demands.

      d.    According to Victim A, Frito used numerous
accounts on multiple social media platforms to send her
messages, including Instagram, Snapchat, and Twitter.  He also
communicated with her via Cash App and text message.  According
to Victim A, many of the online account names had variations of
the name Michael Frito in them.  When Victim A tried to block
the various accounts from communicating with her, Frito created
new accounts and kept harassing her.

      e.    According to Victim A, after several attempts to
make Victim A comply with his demands, Frito told Victim A that
if she really wanted him to stop, she needed to purchase a sex
toy and send him a video of her using it on herself.  Frito told
her that if she did this, he would delete her photos and videos
and stop contacting her.  In an effort to get the harassment to

stop, Victim A complied and sent Frito a video of her using a sex toy, as he demanded.  According to Victim A, after sending the video, Frito told her he would never stop.

f.   Victim A subsequently blocked Frito on Snapchat, but he began messaging her on Instagram.  Frito issued a series of threats if she did not comply with his various demands, including threats to send Victim A's sexually explicit photos and videos to her Instagram followers, her family, her friends, and her job, and to post them on Pornhub.  Frito also sent harassing and threatening communications to Victim A's family, including threats that he would post photos of Victim A on Pornhub.

g.   According to Victim A, there was a period of time in which she did not hear from Frito for approximately a year and then, in the Spring of 2020, he began sending her harassing and threatening messages again.  In some communications, Frito offered to send Victim A more money if she would respond to him.

h.   Victim A eventually reported the harassment and threats to the Torrance Police Department.

Frito's Communications with or about Victim A

14.  I have reviewed screenshots provided by Victim A of messages and texts sent by Frito, as well as records obtained from online providers.  Set forth below are some of the online communications, threats, or demands sent by Frito to Victim A and Victim A's siblings, between approximately May 2019 and February 2021.

a.    In May and June 2019, after Frito offered to pay Victim A for photos of herself, she complied.  Cash App records confirm that, between May 3, 2019, and June 5, 2019, user $micheladofrio123 sent Victim A four payments totaling approximately $480.

b.    On May 13, 2020, Victim A received a series of direct messages on Instagram, from multiple Instagram accounts, which included the following:

i.    A message from user _mike_frito that read, in part: "I'll expose you to your family friends and boyfriend. I'll send you videos of me deleting everything if you just stop. This is your last chance. All you have to do is accept my money and I'll delete everything."  He then sent a photo of Victim A's face.  Later in the exchange, after Victim A responded that the cops were involved and he should stop, the _mike_frito user responded: "Fine then I hope you enjoy receiving them videos. And being put on porn hub. . . . And having your career ruined . . . I work on a vpn secure network. I will never get caught."

ii.   A message from user mike__frito that read, in part: "Please what do you not understand. I'm online through a secure vpn network. I will post every nude and continue to do so until you take your money. This can all go away. You don't want anyone seeing these."

iii.  A message from user fritoooo__mike that read, in part: "It's been one year! What do you not get ! I'm never going to stop tormenting you. Or you can take my 1000 and it's a win win for everyone and you will never hear from me

10

again. I tried FaceTiming you. I talked to my lawyer I'm not scared." He then sent Victim A a portion of one of the videos she had previously sent him and stated: "That's just a snippet of my video that I will be posting and sending. What's it going to be."

   c. On June 8, 2020, one of Victim A's siblings received a direct message on Instagram from user mikemikefrito that read: "Your [sibling] [referring to Victim A] is about to ruin everyone's life."

   d. That same day, on June 8, 2020, Victim A also received a series of direct messages on Instagram from user mikemikefrito that read, in part:

> This is your last chance or I'm going to send it to your friends and your family. You are putting them threw [sic] this. You are the reason your friends are going to get exposed. It's your fault because you can stop. Out of all the girls I only want you. So it will be your fault. You need to understand I'm on a private network I won't be traced. I talked to my lawyers. I'm trying to help you and your friends.  I'll even do you the favor of messaging everyone saying I only got feet pics. . . . Let's come to an agreement and never talk again. You have a chance to save your buddies and you won't take it. This will be your fault.

When Victim A responded that she did not trust him and to leave her and the other victims alone, Frito responded, in part: "Don't have their lives ruined too because I will send it to their family and jobs. You should have honestly thought twice about breaking my heart."

e.   On June 17, 2020, Victim A received a series of direct messages on Instagram from user fritofrito6 that read, in part:

> I'm done trying to make things work ! I tried many times to give you money and to come to a resolution. I work off a secure vpn network and untraceable but anyways I'm working of a burner phone ! So I'm going to post everything and just throw my phone in the river. Right now. The reason everything is going to get leaked is your fault. I'm giving you a chance. To fix everything. To get 2000 dollars. Take it or I'm going to send everything. Post everything and throw my phone in the water. Just know you did this to your family and friends.

f.   On June 26, 2020,[3] Victim A received a series of text messages from telephone number 205-291-6140 (the "6140 Phone Number").  The messages stated, in part:

> Heyy . . . It's Michael frito. This is my burner phone I've been telling you about.  I'm going to post everything and send everything out to your boyfriend. Family and friends. Then going to dispose this burner phone. I will also do this to all the girls and it's going to be your fault. . . . Talk to me and you'll never hear from me again and I'll send you videos of me deleting all the girls content.  If not I'm going to expose everyone and destroy this burner phone. . . . I warned you.

g.   Between July 2 and July 9, 2020, Victim A received a series of direct messages on Instagram from user fritofritofrito8 that read, in part:

> Now I hope you understand that this is not a joke and how serious I am. I swear to god. You can

---

[3] Victim A provided the FBI with screenshots of these messages.  The screenshots do not indicate a date.  However, records obtained from Alloy Studios for this phone number show messages sent to Victim A's cell phone on June 26, 2020.

make this all go away and I'll leave you alone
forever. I'm sorry but I'm so serious about this.
I am not a joke and now you know. I promise and
swear to god I'll leave you alone.  Do I need to
do that all again but worse ? . . . Don't have me
ruin your 4th of July I'll message everyone again
and again. I just want feet pics again and I'll
stop. . . . [Victim A] don't make me message your
boyfriend and family again.

h.    On September 2, 2020, Victim A was on an

Instagram direct message thread which included Victim B

(discussed below) and two other suspected victims.  The victims

received a message from Instagram user mrcantina1990 that

stated, in part:

I am going to spend my whole life ruining your
life's [sic].  [Name of a suspected victim] your
family will get this. [Name of another suspected
victim] your . . . job and family will get this
including your [sibling] and mother who's ig
[Instagram] I have !  [Victim B] all your
followers are getting this and [Victim A] all
your family is getting this plus your little
boyfriend. I tried stopping. I gave you guys so
many chances. [Name of suspected victim] has all
her content deleted. She was cool about it and it
only took her 15 minutes. . . . I ask the same
from you guys and All your content will be
deleted. Don't keep on making this worse because
it will get worse. I'm determined to make it so.
I will FaceTime or snap. One of your friends
already got exposed on pornhub and Twitter ! I
have a video of one of you guys taking a huge
cucumber too lol. Why would you want your family
to see that. I don't get it. Talk to me and it
will all be deleted.

i.    On October 27, 2020, one of Victim A's siblings

also received a series of direct messages from Instagram user

mrcantina1990.  Those messages read: "Lol do you want the link

to your [sibling's] pornhub video lol" and "All I wanted to was

talk to her for five minutes and everything would have been deleted." In this exchange, mrcantina1990 also sent a photo of what appeared to be a video or photo posted on Pornhub that included a picture of Victim A's face.

j.   On November 6, 2020, one of Victim A's siblings received a direct message from Instagram user fritomike that read: "I'm just going to keep ruining her life and sending to her mother/father."

k.   On February 5, 2021, one of Victim A's siblings also received a series of direct messages from Instagram user fritomike that read, in part: "Lol I feel bad for your parents they just keep getting my messages about my [Victim A] :)."

15.   As a result of Frito's harassing and threatening communications, Victim A suffered substantial emotional distress. For example, Victim A was afraid the sexual photos and videos would be released and damage her and her family's reputation in the community. Victim A was very ashamed, she started drinking more, and she hid the harassment from her family and boyfriend because she feared they would find out.

2.   <u>Victim B</u>

16.   Based on my review of FBI reports, FBI interviews with Victim B, and records provided by Victim B, I have learned the following:

a.   Victim B is 25 years old, and, during the time of the events in question, lived in the Torrance area. Like Victim A, she previously attended a Torrance-area public high school. Beginning in or around July 2019 and continuing for over a year,

14

an individual identifying himself as Michael Frito sent Victim B numerous harassing and threatening online communications.[4]

b.   According to Victim B, Frito initially told her he was an underwater welder from New York and asked Victim B if she wanted him to help pay her school bills. Victim B initially agreed to send Frito photos of her feet in exchange for money. Victim B initially sent approximately two or three photos of her feet but then Frito wanted more sexually explicit material. Victim B subsequently sent him approximately four nude photos, using Snapchat as he instructed. Frito promised that no one would ever see the photos. Additionally, Victim B believed that photos taken on Snapchat could not be saved and that if the recipient took a screenshot of a photo, she would be notified via Snapchat. Victim B said Frito paid her via Cash App and that she received one payment of $100.

c.   Soon thereafter, Frito's demands began to escalate, and he requested more sexually graphic photos and videos. In approximately August 2019, Victim B refused to send Frito further material and told him that she wanted out of the relationship, no longer wished to communicate with him, and blocked him on Snapchat.

d.   In retaliation, he began sending harassing and extortionate threats and demands. Victim B learned that contrary to Frito's promises, he had made screenshots of one or

---

[4] As with Victim A, at this time, Victim B does not know the true identity of Michael Frito. When asked who she thought Frito might be she gave the name of two men from the Torrance area but did not name CHAVARRI.

more of Victim B's photos.  He sent copies of them back to Victim B to prove he had made the copies.

      e.   According to Victim B, Frito used numerous accounts on multiple social media platforms to send her messages, including Instagram, Snapchat, and Twitter.  He also communicated with her via Cash App and text message.  Similar to Victim A, many of the online account names had variations of the name Michael Frito in them.  According to Victim B, Frito sometimes messaged her multiple times a day.  Similar to Victim A, when Victim B tried to block the various Frito accounts from communicating with her, he created new accounts and continued harassing her.

      f.   According to Victim B, in his online communications, Frito made a series of demands, including that she provide him with additional photos and that she respond to his communications.

      g.   Frito also issued a series of threats if Victim B did not comply with his various demands, including threats to send the photos and/or videos of Victim B to her Instagram followers, her family, her friends, her job, and to post them on Pornhub.  He also threatened to ruin her business.

      h.   Frito also sent harassing and threatening communications about Victim B to her friends and acquaintances, including to a male acquaintance and to one of Victim B's close friends.

      i.   According to Victim B, Frito also created a fake Instagram account posing as Victim B and using her name. He told

16

Victim B he would pretend to be her and post the nude photos of her.

      j.   Frito also sent Victim B one or more unsolicited photos of an erect penis, which he claimed was his.  In some communications, Frito offered to send Victim B more money.

     <u>Frito's Communications with or about Victim B</u>

   17.  I have reviewed screenshots provided by Victim B of messages and texts sent by Frito, as well as records obtained from online providers.  Set forth below are some of the online communications, threats, or demands sent by Frito to Victim B between approximately July 2019 and September 2020.

      a.   On July 31, 2019, after Frito offered to pay Victim B for photos of herself, she complied.  Cash App records confirm that user $micheladofrio123 sent Victim B $100.  This is the same Cash App account that sent money to Victim A.

      b.   On November 20, 2019, Victim B received a series of direct messages on Instagram from Instagram user fritooomike that read: "I know you don't want to be on pornhub. Take my money. I'll send you a video of me deleting everything."

      c.   On August 12, 2020,[5] Victim B received a text message from the 6140 Phone Number.  This is the same number that sent messages to Victim A.  The message stated: "Hey . . . It's Michael frito.  You are really going to piss me off.  I'm

_____

   [5] Victim B provided the FBI with a screenshot of this message.  The screenshot itself does not indicate a date. However, records obtained from Alloy Studios for this phone number show that messages were sent to Victim B's cell phone on August 12, 2020.

about to message your parents and give them a really [sic] reason to disown you."

d.    On September 2, 2020, Victim B was included on the Instagram direct message thread with Victim A that received a series of messages from user mrcantina1990 that began, "I am going to spend my whole life ruining your life's [sic]" (detailed further above).

e.    Between September 2 and September 9, 2020, Victim B also received a series of direct messages from user mrcantina1990 that read, "[Victim B's first name] . . . I don't want to post you on pornhub. Please let's talk. I want to see your feet again. Let me just see your feet. All I want. That's it nothing else."  User mrcantina1990 then sent a photo of an erect penis.  He later continued, "Don't do this to yourself."

f.    During this time period, Victim B also received numerous other messages from other Frito Instagram accounts, including:[6]

i.    A direct message from user fritomikee that read: "I have found your family on Facebook and I have a picture of all your followers. I even found your ex boyfriend. Please don't test me. I will send everything. I just want closure and to talk. I will delete everything and still give you your money. If you ignore me or block me. I will send these videos out."

ii.    A series of direct messages from user fritofritofrito1111 that read, in part: "[Victim B's first name]

_____

[6] Screenshots of these messages obtained from Victim B do not show the exact date that the messages were sent.

trust me you are going to ruin people's careers and lives.  Just
help me help you.  I'll delete everything."  Frito later
continued, "How much money do you want because I do feel bad for
your situation so I'll pay you too."  When Victim B refused,
Frito continued in a series of messages stating, "Okay that's on
you I want you to make me cum one last time. I'll leave you
alone forever. Delete everything. And never bother you again.
Deal? Add me on snap m_frito."  He later continued, "I'll leave
you alone forever . . . You want your piece of mind.  I'll
delete everything . . . Deal or no deal ?"

18.  As noted above, during this time period friends and
acquaintances of Victim B also received messages about Victim B
from Frito accounts, including:[7]

a.  Victim B received a text message from a male
acquaintance that contained a screenshot of a direct message
that he had received on Instagram from user fritoghost.  The
message read: "Hello would you like to trade nudes ? I have
dildo play. With [lists Victim A's name and names of three other
suspected victims].  I also have regular nudes of . . .  [Victim
B]."

b.  Victim B also received a forwarded message from a
close friend that contained a screenshot of a series of direct
messages that Victim B's friend received from Instagram user
fritomike__ that read: "Lol you should help your friend [Victim
B] because she's about to be all on pornhub.  If she just talks

---

[7] Again, screenshots obtained from Victim B do not show the
date the messages were sent.

to me for 5 minutes I'll delete everything lol.  Literally 5 minutes lol."  Victim B's friend also forwarded a similar message she received, this time from Instagram user fritomikee, that read: "Seriously it will only take [Victim B] 5 minutes to have all her nudes deleted I swear to god."

19.  As a result of Frito's harassing and threatening communications, Victim B suffered substantial emotional distress.  During this time, Victim B had trouble sleeping and did not want to leave home.  She would get physically sick and cancel plans.  When she received a notification on Instagram she would often start shaking and hyperventilating.  She also said she missed work on a few occasions because of panic attacks and that she was afraid Frito was going to contact her employer.

3.  Victim C

20.  Based on my review of FBI reports, FBI interviews with Victim C, and records provided by Victim C, I have learned the following:

a.  Victim C is 23 years old and lives in the Torrance, California, area.  She previously attended a Torrance-area public middle school.  Beginning in or around December 2019 and continuing for almost a year, an individual identifying himself as Michael Frito sent Victim C numerous harassing and threatening online communications.[8]  According to Victim C, Frito

_____

[8] As with Victims A and B, at this time, Victim C does not know the true identity of Michael Frito.  When asked who she thought Frito might be she gave the name of three men from the Torrance area, including CHAVARRI.  When asked why she included CHAVARRI in her list of suspects, Victim C said the thought CHAVARRI might be Frito because she believed he used to date one of the women she believed was also a victim.

initially claimed to be a married man from New York who worked as a welder.

> b.    According to Victim C, Frito initially offered her money in exchange for photos of herself.  Victim C ignored the messages at first.  Then, a few months later, Frito added Victim C as a friend on Snapchat and sent her some sexually explicit photos of herself.  According to Victim C, Frito had obtained one or more sexually explicit photos of her but Victim C did not know how.

> c.    According to Victim C, Frito used numerous accounts on multiple social media platforms, including Instagram, Snapchat, and Twitter to send her harassing messages. As with Victims A and B, many of the social media account names contained variations of the name Michael Frito.  According to Victim C, when Victim C tried to block the various Frito accounts from communicating with her, he often created new accounts to evade her attempts to block him.

> d.    Similar to the other victims, Frito made a series of demands, including that she respond to his communications. Frito would send her screenshots of drafts of messages he claimed he was about to send to people on Instagram, which included her photos.  Victim C began responding to Frito in an effort to keep him from distributing her photos.  At one point, Frito demanded that Victim C obtain a sex toy and send him a video of herself using it.  He instructed Victim C to send the sexual photos and videos via Snapchat.  Eventually, Victim C

gave in to his demands and sent Frito three or four nude photos of herself in an effort to make the harassment and threats stop.

　　　　e.   During this time period, Frito made a series of threats if Victim C did not comply with his various demands. These included threats that he would send the sexual photos and/or videos of Victim C to her friends, family, and current and former boyfriends.  He identified one or more of these individuals by name.  According to Victim C (and similar to Victim A), Frito's messages stopped for a few months and then started up again in mid-2020.

　　　　f.   In addition, Frito sent Victim C one or more unsolicited photos of what he claimed was his erect penis.

　　　　g.   In other communications, Frito also offered to send Victim C money, but it was often unclear for what purpose or exchange.  According to Victim C, she never received any money from Frito.

　　　　h.   Frito also sent harassing and threatening communications about Victim C to one or more of Victim C's friends and acquaintances.  This included communicating with one of Victim C's close friends.

　　　　Frito's Communications with or about Victim C

　　　21.  I have reviewed screenshots provided by Victim C of messages and texts sent by Frito, as well as records obtained from online providers.  Set forth below are some of the online

communications, threats, or demands sent by Frito to Victim C between approximately December 2019 and October 2020.[9]

a.   In December 2019, Victim C received a series of direct messages on Instagram from Instagram user micheladofrito212121.  The messages read, "I want to prove I'm real yo [sic] you. I'm willing to pay a lot. How much to prove myself. Rate me and Ill give you 20.  WhTs [sic] your cash app." The next message was a close-up photo of a nude, erect penis.

b.   In July 2020, Victim C was "tagged" in a public Tweet posted on Twitter by the username @fritofrito3.  The Tweet read: "I found your boyfriend [first and last name of Victim C's boyfriend at the time] let's see what he has to say about them videos. HMU ["hit me up"] and I'll stop."

c.   On July 3, 2020, Victim C's close friend received direct messages on Instagram from three different accounts.  The messages included the following:

i.   From Instagram user scooter2777: "This is going to be your fault she gets exposed."

ii.  From Instagram user scooter20204: "Okay she is going to be exposed and it's all your fault."

iii. From Instagram user fritofritofrito8: "This is her last chance if you block me. It will be on Pornhub and [Victim's C's boyfriend's first name] and her friends and family."  This is the same account that sent a message to Victim A.

---

[9] According to Victim C, she switched phones sometime in the Spring of 2020 and during that process lost many of the screenshots she had saved of messages sent from Frito.

d.   In July and August 2020 Victim's C's close friend received a direct message from Instagram user carisres3 that read: "Bruh you are going to make it your fault that [nickname of Victim C] gets exposed I just want to talk or ima send her videos to her boyfriend her ex and her family."

e.   In October 2020, Victim C received a direct message on Instagram from Instagram user fritomikee.  The message read: "I have a list of all your followers they are about to get your nudes lol."

22.  As a result of Frito's harassing and threatening conduct, Victim C suffered substantial emotional distress. Victim C said she was frightened that Frito would send her sexual photos and videos to her family members.  She deleted several of her social media accounts.  She began losing weight and would become physically ill when unknown numbers called her. She feared for her physical safety, as well as her privacy and relationships.  She installed security devices at her home. Victim C also said that she contacted her local police department and sought other professional assistance.

**C.   Identification of Other Possible Victims**

23.  Evidence, including records obtained for several of the Instagram accounts used by CHAVARRI as well as records provided by some of the victims, indicates that CHAVARRI stalked, threatened, extorted, and/or harassed several other women by employing similar tactics that he used when targeting Victims A, B, and C.  It also appears that some of these

possible victims are friends with or acquaintances of Victims A, B, and C.

      a.   One young woman ("Potential Victim D") received the following series of messages on Instagram:

      i.   On May 28, 2020, from Instagram user fritoooo__mike: "Hello I have already made a video and going to post it. If you would like to be excluded let me know. Two females already came up and talked to me and I excluded them from the video deleted their content and sent them $$$. Lmk [let me know] if you would like the same."

      ii.   On June 15, 2020, from Instagram user mike__frito: "Block me one more time and I'm sending your cucumber video to your job and [sibling]."

      iii. On June 22, 2020, from Instagram user fritofrito6: "I'm going to send your cucumber video out and Throw my burner phone in the river. I'm going to send it to your [sibling]. Boyfriend. Dad and mom before I throw my burner phone. . . . Oh yeah I almost forgot I'm also going to send it to your . . . job. Then throw this burner phone in the river. This is all your fault. You could have stopped this."

      b.   Another young woman ("Potential Victim E") received the following series of messages on Instagram:

      i.   On December 2, 2020, from Instagram user fritoooo__mike: "[Potential Victim E] I don't want to expose you some more. Just talk to me that's it and I'll leave your boyfriend and his family alone and yours too. Don't make me. I'll ruin the day."

c.   Another young woman ("Potential Victim F")[10] received the following series of messages on Instagram:

i.   On June 8, 2020, from Instagram user _mike_frito: "I see that you don't care about anyone getting your nudes. I tried helping you. You can still have all your nudes deleted we just have to talk. I can leave you alone forever and delete everything. But it's all up to you."

**D.   Identification of CHAVARRI as Michael Frito**

24.   Evidence summarized below shows that CHAVARRI created and used the Michael Frito persona to repeatedly stalk, harass, and threaten the victims.

1.   Background Information on CHAVARRI

25.   According to information obtained from representatives of the USMC, CHAVARRI is a 25-year-old active-duty Marine, enlisted in or about 2018, and performs motor transport and repair services.  CHAVARRI has been stationed at Camp Pendleton, a United States military base located in the Southern District of California, since the time of his enlistment, except for a temporary station at Fort Leonard Wood, described below, in 2019.  Since approximately March 23, 2021, he has resided on base at Camp Pendleton at an address on Gage Drive in Oceanside, California (the "Gage Drive Address").

26.   CHAVARRI has been married to A.R.C. since approximately February 2020.  Publicly available information and

---

[10] At this time, the FBI believes that it has positively identified Potential Victims D, E, and F and that they are acquaintances of one or more of the confirmed victims.  The FBI has not yet interviewed Potential Victims D, E, or F.

AT&T records indicate that A.R.C. formerly lived at an address in Vista, California (the "Vista Address").

27.  According to USMC representatives, CHAVARRI was temporarily stationed at Fort Leonard Wood, Missouri, from approximately February 26, 2019, to May 14, 2019.

28.  According to USMC representatives, for some period of time between May 2019 (when he left Fort Leonard Wood) and March 2021 (when he moved on base at Camp Pendleton) CHAVARRI lived at the Vista Address.  He may also have lived in the USMC barracks for some time between May 2019 and March 2021.

29.  CHAVARRI previously lived at other addresses, including with his mother (Z.C.) (also known as Z.O. (possibly her maiden or re-married name)) at an address in Torrance, California (the "Torrance Address").

30.  Publicly available information and records and information obtained from the USMC show that CHAVARRI attended several Torrance-area high schools, graduating from Torrance High School in 2015.  He attended El Camino Community College in 2016-2017.  He attended the same high school and/or community college as some of the victims, at or around the same time they did.  It is likely CHAVARRI was acquainted with of some of the victims and/or their friends, family members, or current or former boyfriends.

        2.  Instagram Account Records

31.  Records provided by Facebook, which operates Instagram, for many of the Instagram accounts that sent threatening messages to the victims show the following:

a.  Instagram user mrcantina1990 (described above and
used to communicate with Victim A, Victim A's sibling, and
Victim B) was created on September 2, 2020, the same day it was
used to send the threatening group message to Victims A and B.
The account's device type is listed as a Universally Unique
Identifier (UUID), and the ID is listed as "61622A3B-15E4-494F-
A21A-C6B366E711C6" (the "616 Device ID").[11]  The records show
four other accounts associated with that ID, including an
account named "Johao Chavarri" with account ID 35503228 (the
"CHAVARRI Instagram Account").  The records list the account's
creation IP address as 2607:fb90:4a30:771a:a08f:679d:5ef8:d5dd[12]
("T-Mobile IP Address 1"), which is serviced by T-Mobile.  As
detailed below, T-Mobile records revealed that the account
assigned this IP address at the time was CHAVARRI's T-Mobile
account.  There was also a log in to the mrcantina1990 account
on September 9, 2020, from the IP address 69.110.56.32 (the
"AT&T IP Address") which, as set forth below, was assigned to an

---

[11] In my training and experience, a "UUID" or "universally
unique identifier," is a unique identifier that can be used to
identify information in computer systems, including in a mobile
device.  If multiple online accounts share the same UUID, that
is normally an indicator that they are associated with one
another and were accessed by the same user and electronic
device.

[12] An Internet Protocol address, or "IP address" is a unique
numeric address used by each computer or device on the internet.
An IP address is a series of four numbers, each in the range 0-
255, separated by periods (e.g., 121.56.97.178), or a series of
eight groups of four hexadecimal digits separated by colons
(e.g., 2001:0db8:0000:0042:0000:8a2e:0370:7334).  Every computer
or device attached to the internet must be assigned an IP
address so that internet traffic sent from and directed to that
computer/device may be properly directed from its source to its
destination.  Most internet service providers (ISPs) control a
range of IP addresses.

AT&T account in the name of CHAVARRI's wife in 2020 and 2021. The mrcantina1990 account also contained examples of similar communications with other suspected victims, including demands for photos of feet and offers to delete "nudes" if the other person communicated with the accountholder.

b.    Instagram user fritofritofrito8 (described above and used to communicate with Victim A and Victim C's close friend) was created on July 2, 2020, the day before it was used to send messages to Victim C's close friend. The account's phone number is listed as the 6140 Phone Number (the same number that sent text messages to Victims A and B and, as set forth below, is also linked to CHAVARRI). The account device ID is listed as the 616 Device ID and the records list other accounts associated with that device ID, including the CHAVARRI Instagram Account. Based on open-source IP address information, many of the IP addresses used to access the account are assigned to T-Mobile.[13] The account contained examples of similar communications with other suspected victims, including messages threatening to "expose" the users.

c.    Instagram user mikemikefrito (described above and used to communicate with Victim A and her sibling) was created on June 8, 2020, the same day it was used to send threatening messages to Victim A and her sibling. The account phone number is listed as the 6140 Phone Number. The account device ID is

_____

[13] Based on my training and experience, I know that T-Mobile assigns new or different IP addresses to mobile devices on a regular basis. The fact that an IP address is assigned to T-Mobile indicates that the user of that account is accessing the internet using T-Mobile's network.

listed as the 616 Device ID and the records list other accounts associated with the device ID, including the CHAVARRI Instagram Account.  Based on open-source IP address information, many of the IP addresses used to access the account are assigned to T-Mobile.

       d.   Instagram user _mike_frito_ (described above and used to communicate with Victim A) was created on May 11, 2020, which was two days before the account was used to send threatening messages to Victim A.  The account phone number is listed as 205-207-5454 (the "5454 Phone Number").  As detailed below, that phone number is assigned to the same Alloy Studios account as the 6140 Phone Number.  The account device ID is listed as the 616 Device ID and the records list other accounts associated with the device ID, including the CHAVARRI Instagram Account.  IP login records also reveal that the account was accessed using T-Mobile IP Address 1.  Based on open-source IP address information, many of the other IP addresses used to access the account are assigned to T-Mobile.  The account contained examples of similar communications with other suspected victims, including claims to be using a VPN, claims to have "nudes" and "sex tapes," and threats to post nudes and sex tapes on Pornhub.

       e.   Instagram user mike__frito (described above and used to communicate with Victim A) was created on May 13, 2020, the same day the account sent threatening messages to Victim A. The account phone number is listed as the 5454 Phone Number. The account device ID is also listed as the 616 Device ID and

the records list other accounts associated with the device ID, including the CHAVARRI Instagram Account.  The records list the account's creation IP address as 2607:fb90:667e:6e9a:6d17:179f:c897:6f4e ("T-Mobile IP Address 2"), which is serviced by T-Mobile.  As detailed below, T-Mobile records revealed that the account assigned this IP address at the time was CHAVARRI's T-Mobile account.  The account contained similar communications with other suspected victims, including threats to send compromising material to family members and employers.

       f.   Instagram user fritoooo_mike (described above and used to send threatening communications to Victim A) was created on May 13, 2020, the same day it was used to send threatening messages to Victim A.  The account phone number is listed as the 5454 Phone Number.  The account device ID is also listed as the 616 Device ID and the records list other accounts associated with the device ID, including the CHAVARRI Instagram Account.  The records list the account's creation IP address as T-Mobile IP Address 2.  The account contained similar communications with other suspected victims, including a threat to expose another suspected victim.

       g.   Instagram user fritofrito6 (described above and used to communicate with Victim A) was created on June 17, 2020, the same day it was used to send threatening messages to Victim A.  The account phone number is listed as the 6140 Phone Number. The account device ID is also listed as the 616 Device ID and the records list other accounts associated with the device ID,

including the CHAVARRI Instagram Account.  There were logins to the account on June 17, 2020, and June 23, 2020, from the AT&T IP Address.  Based on open-source IP address information, many of the other IP addresses used to access the account are assigned to T-Mobile.  The account contained similar communications with other suspected victims, including threats to send materials to a suspected victim's work and family, and claims to work on a secure network.

h.    Instagram user fritooomike (described above and used to communicate with Victim B) was created on November 20, 2019, the same day it was used to send threatening messages to Victim B.  Based on open-source IP address information, some of the IP addresses used to access the account are assigned to T-Mobile.  The account contained similar communications with other suspected victims, including offering money in exchange for "feet pics."

i.    Instagram user fritomikee (described above and used to communicate with Victim B, Victim B's friend, and Victim C) was created on March 31, 2020.  The account phone number is listed as the 5454 Phone Number.  The account lists two device IDs including the 616 Device ID.  Based on open-source IP address information, some of the IP addresses used to access the account are assigned to T-Mobile.

j.    Instagram user fritomike (described above and used to communicate with Victim A and her siblings) was created on June 28, 2019.  The account device ID is also listed as the 616 Device ID and the records list other accounts associated

with the device ID, including the CHAVARRI Instagram Account.
The records list the account's creation IP address as
184.188.64.214, which is serviced by Cox Communications ("Camp
Pendleton IP Address 1").  As detailed below, Cox records
revealed that the account assigned this IP address is subscribed
to Camp Pendleton.  Additionally, based on open-source IP
address information, multiple of the IP addresses used to access
the account are assigned to T-Mobile.

       k.  <u>Instagram user __chavarri</u> (the CHAVARRI Instagram
Account).  The records list the account ID number as
"35503228."  The account's vanity name is listed as __chavarri
and the accountholder name is listed as Johao Chavarri.  The
account records listed two registered emails, including
johaochavarri@yahoo.com.  The account records also list several
device IDs, including the 616 Device ID.  The records included a
limited sub-set of IP login records for the account between
January 2020 and February 2021.  The IP login records for the
account show a login from the AT&T IP Address on May 21, 2020.
The IP login records also show a login to the account from IP
address 66.69.67.72 on January 2, 2021.  Comparison with other
account records revealed that this same IP address was used to
access multiple Frito accounts, including the m_frito Snapchat
account, the mrcantina1990 Instagram account, the _mike_frito
Instagram account, the fritomike Instagram account, and the
fritoooo__mike Instagram account during the same time period
(late December 2020 to early January 2021).

### 3.   Twitter Account Records

32.   Records provided by Twitter show that Twitter account @fritofrito3 (described above and used to communicate with Victim C) was created on July 2, 2020, using the AT&T IP Address.

### 4.   Snapchat Account Records

33.   Records provided by Snapchat for the Snapchat account with username m_frito (described above and referenced in communications with Victim B) showed the following:

a.   The account was created on April 29, 2019, using IP address 72.166.97.131, which is serviced by CenturyLink[14] ("Fort Leonard Wood IP Address 1").  As detailed below, CenturyLink records revealed that the account assigned the block of IP addresses containing Fort Leonard Wood IP Address 1 is subscribed to Fort Leonard Wood in Missouri, where CHAVARRI was temporarily stationed from approximately February 26, 2019, to May 14, 2019.

b.   IP login records for the account also show numerous logins between November 2020 and March 2021 from the AT&T IP Address.  The IP login records also show numerous logins between April 2021 and June 2021 from IP address 72.197.9.206, which is serviced by Cox Communications, and, as set forth below, between April and June 2021 was assigned to a Cox account in CHAVARRI's name.

---

[14] In September 2020, CenturyLink, Inc. announced that it had changed its name to Lumen Technologies, Inc.  To avoid confusion, I will refer to this provider as CenturyLink in this affidavit.

c.   In addition, the account contained several sexual photos and videos of young women.  The account also contained multiple screenshots showing Instagram messages between various of the Frito Instagram accounts and several suspected victims.

5.   Alloy Studios Account Records

34.  As detailed above, the 6140 Phone Number was (i) used to send messages to Victims A and B and (ii) was listed as the phone number for some of the Instagram accounts used to send harassing and threatening messages to victims.

35.  As detailed above, the 5454 Phone Number was listed as the phone number for some of the Instagram accounts used to send harassing and threatening messages to victims.

36.  Records provided by Alloy Studios for the account to which the 6140 Phone Number was assigned revealed the following:

a.   The 5454 Phone Number was also a number assigned to the account.

b.   There were several IP addresses associated with the account (at unspecified dates and times), including the AT&T IP Address as well as IP Address 184.188.64.169, which is serviced by Cox Communications and resolves to Camp Pendleton ("Camp Pendleton IP Address 2").

c.   Logs show text messages sent from the 6140 Phone Number to Victim A on June 26, 2020, and to Victim B on August 12, 2020.  The logs also show that a message was sent on June 26, 2020, from the 6140 Phone Number to CHAVARRI's known phone number (ending in -7599, the "CHAVARRI Phone" detailed below).

6.   Cash App Account Records

37.   Records provided by Cash App for the Cash App account $micheladofrio123, which was used to send funds to Victim A and Victim B, show the following:

a.   The account holder is Johao Chavarri at the Torrance Address.[15]

b.   The account was created May 3, 2019; sent four payments to Victim A between May 3, 2019, and June 5, 2019; and sent one payment to Victim B on July 31, 2019.[16]

c.   The IP addresses associated with two of the payments to Victim A in May 2019 were 72.166.97.133 ("Fort Leonard Wood IP Address 2") and 72.166.97.134 ("Fort Leonard Wood IP Address 3"), respectively, which were both serviced by CenturyLink.   As detailed below, CenturyLink records revealed that the account assigned the block of IP addresses containing Fort Leonard Wood IP Addresses 2 and 3 was subscribed to Fort Leonard Wood.

7.   T-Mobile, AT&T, CenturyLink, and Cox Account Records

38.   Records provided by T-Mobile for the account assigned T-Mobile IP Address 1 and 2 (the CHAVARRI T-Mobile Account) show the following:

- Telephone number: 310-892-7599 (the CHAVARRI Phone)

---

[15] The Cash App records include CHAVARRI's date of birth and the last four digits of his social security number.   Records obtained from the USMC contain the same date of birth and social security number for CHAVARRI.

[16] The records also list numerous attempted payments to Victim B that were not completed.

- **<u>Name associated with number</u>**: Johao Chavarri
- **<u>Subscriber name</u>**: Z.C.[17]
- **<u>Subscriber Address</u>**: the Torrance Address

39. Records provided by AT&T for the account assigned the AT&T IP Address identified the subscriber as A.R. (CHAVARRI's wife's maiden name) and the subscriber phone number as the CHAVARRI Phone. The account, created in April 2020, is associated with the Vista Address. Service was cancelled a year later in April 2021. A.R. was listed as the subscriber for the AT&T IP address on both July 2, 2020 (when the Twitter account @fritofrito3 was created), as well as on March 16, 2021, which indicates that the IP address was likely a static IP address during that time period.[18]

40. Records provided by CenturyLink for the account(s) assigned Fort Leonard Wood IP Address 1, 2, and 3 show that the same account was assigned the block of IP addresses containing all three of the Fort Leonard Wood IP Addresses discussed above during the relevant time period. The billing address for the account is listed as an address on Fort Leonard Wood. As detailed above, CHAVARRI was temporarily stationed at Fort Leonard Wood from February 26, 2019, to May 14, 2019.

---

[17] The T-Mobile Records list CHAVARRI'S mother using her married name "Chavarri." Records obtained from the USMC list CHAVARRI's mother as Z.O. (possibly her maiden name or re-married name) and list her address as the Torrance Address.

[18] A static IP address is an IP address assigned permanently or semi-permanently to a computer or a device like a residential internet router. I know from my training and experience that static IP addresses, as compared to dynamically assigned IP addresses like those commonly used for mobile devices, may remain the same for months or even years at a time.

41.   Records provided by Cox for the account(s) assigned to Camp Pendleton Addresses 1 and 2 show that both IP addresses were static IP addresses and were assigned to an account subscribed to Camp Pendleton.  A USMC representative has confirmed that CHAVARRI is currently stationed at Camp Pendleton and was stationed there during the relevant time periods.

42.   Records provided by Cox for the account assigned IP address 72.197.9.206, which was used to access the m_frito Snapchat account between April and June 2021, show that during that time period, the IP address was assigned to an account that listed CHAVARRI as the subscriber and the subscriber address as the Gage Drive Address (CHAVARRI's current residence, detailed above).

## V.  CONCLUSION

43.   For all the reasons described above, there is probable cause to believe that CHAVARRI has committed a violation of 18 U.S.C. § 2261A(2)(B) (Stalking) and I respectfully request the Court issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this _4_th day of _February_, 2022.

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE