# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: LA CR 22-00069-MEMF　　　　　　　　　　Date: May 27, 2022

Present: The Honorable Maame Ewusi-Mensah Frimpong, ☑ District Judge / ☐ Magistrate Judge

| Kelly Davis | Marea Woolrich | n/a | Lauren Restrepo |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**　　　　**ATTORNEYS PRESENT FOR DEFENDANTS**

JOHAO MIGUEL CHAVARRI　　　　　　　　　Alan Eisner
☐ Custody ☑ Bond ☐ O/R　　　　　　　　　☐ Appointed ☑ Retained

☐ Custody ☐ Bond ☐ O/R　　　　　　　　　☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R　　　　　　　　　☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R　　　　　　　　　☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R　　　　　　　　　☐ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 1, 2, and 3 of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to September 15, 2022 at 2:00 p.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☑ Other: No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 40

Initials of Deputy Clerk kd

cc: *Probation Office*